**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons,**<br><br>Plaintiffs,<br><br>vs.<br><br>**RAWLAND LEON SORENSEN,**<br><br>**Defendant.** | **Case No. 1:10-cv-00085-OWW-DLB**<br><br>**ORDER RE STIPULATION TO CONTINUE DEADLINE FOR FILING CLASS CERTIFICATION MOTION** |

///
///
///
///
///
///
///
///
///

1  Based upon the joint application of stipulation of the parties in good cause
2  referring therefore IT IS HEREBY ORDERED that the deadline for the filing of
3  the motion for class certification be continued from September 13, 2010 to
4  October 6, 2010. The opposition shall be due October 18, 2010 and the reply, if
5  any, shall be due October 25, 2010.

**IT IS SO ORDERED.**

**Dated:   August 13, 2010**          /s/ Oliver W. Wanger
                                      **UNITED STATES DISTRICT JUDGE**

-2-