BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  cbranart@brancart.com
  Elizabeth Brancart (SBN 122092)
  ebrancart@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:  (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>RAWLAND LEON SORENSEN,<br><br>Defendant. | Case No. 1:10-cv-00085-OWW-DLB<br><br>**ORDER GRANTING APPLICATION AND STIPULATION FOR ISSUANCE OF ORDER MODIFYING EXPERT DISCLOSURE DEADLINE** |

Based on the joint application and stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadlines in the scheduling order (doc. 13) by which the parties must designate experts is continued from September 24, 2010, to October 25, 2010, and rebuttal experts from October 29, 2010, to November 30, 2010.

///

///

///

1
2   IT IS SO ORDERED.
3   **Dated:   September 16, 2010**               /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE
4
5
...
28

-2-