UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>RAWLAND LEON SORENSEN,<br><br>Defendant. | Case No. 1:10-cv-00085 OWW JLT<br><br>ORDER GRANTING CONTINUANCE OF DEADLINES FOR BRIEFING MOTION FOR CLASS CERTIFICATION |

Based upon the joint application and stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the deadline for the filing of the motion for class certification be continued from October 6, 2010 to October 27, 2010.  The opposition shall be due November 8, 2010, and the reply, if any, shall be due November 15, 2010.

**IT IS SO ORDERED.**

**Dated:   October 7, 2010**                         **/s/ Oliver W. Wanger**
                                                     **UNITED STATES DISTRICT JUDGE**