1  BRANCART & BRANCART
2    Christopher Brancart (SBN 128475)
     cbrancart@brancart.com
     Elizabeth Brancart (SBN 122092)
3    ebrancart@brancart.com
   Post Office Box 686
4  Pescadero, CA 94060
   Tel:   (650) 879-0141
5  Fax:   (650) 879-1103

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 | CARRIE HAWECKER and          )    Case No. 1:10-cv-00085 OWW JLT
   | MICHELLE BROUSSARD,          )
   | individually and on behalf of a )
12 | class of similarly situated persons, )   ORDER AUTHORIZING FILING
   |                              )    DOCUMENT UNDER SEAL
13 |        Plaintiffs,           )
   |                              )    Hearing:
14 |                              )    Date:    December 13, 2010
   |        vs.                   )    Time:    10:00 a.m.
15 |                              )    Place:   Courtroom of the
   |                              )             Hon. Oliver W. Wanger
16 | RAWLAND LEON SORENSEN,        )
   |                              )
17 |        Defendant.            )
   |                              )
18

19        Pursuant to Eastern District Local Rule 39-141(d), and good cause

20 appearing therefor, plaintiffs' request to file under seal the excerpts of plaintiff

21 Carrie Hawecker's deposition offered as Exhibit 3 to the Declaration of

22 Christopher Brancart in Support of Plaintiffs' Motion for Class Certification is

23 granted.  That document may be filed under seal.

24

25 IT IS SO ORDERED.

26

27 Dated:   October 28, 2010       /s/ OLIVER W. WANGER

28                                 United States District Judge