Jeremy D. Swanson, Esq.  SBN 220644
Seth O'Dell, Esq., SBN 220424
SWANSON & O'DELL
330 H Street, Suite 2
Bakersfield, CA 93304
jswanson@swansonodell.net
sodell@swansonodell.net
Phone (661) 326-1611   fax (661) 326-1910

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>RAWLAND LEON SORENSEN,<br><br>Defendant. | Case No. **1:10-CV-00085-OWW-DLB**<br><br>**ORDER GRANTING CONTINUANCE OF DEADLINES FOR BRIEFING OPPOSITION AND REPLY MOTIONS FOR CLASS CERTIFICATION** |

Based upon the joint application and stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for the filing of the opposition to motion for class certification be continued from November 8, 2010, to November 10, 2010.  The reply, if any, shall be due November 17, 2010.

**IT IS SO ORDERED.**

**Dated: November 8, 2010**                    **/s/ OLIVER W. WANGER**
                                                                    **United States District Judge**

PDF created with pdfFactory trial version www.pdffactory.com