Jeremy D. Swanson, Esq.  SBN 220644
Seth O'Dell, Esq., SBN 220424
SWANSON & O'DELL
330 H Street, Suite 2
Bakersfield, CA 93304
jswanson@swansonodell.net
sodell@swansonodell.net
Phone (661) 326-1611   fax (661) 326-1910

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>    vs.<br><br>RAWLAND LEON SORENSEN,<br><br>    Defendant. | Case No. **1:10-CV-00085-OWW-DLB**<br><br>**ORDER AUTHORIZING FILING DOCUMENT UNDER SEAL**<br><br>Date: Dec. 13, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom of the Honorable Oliver W. Wanger |

PURSUANT TO Eastern District Local Rule 39-141(d), and good cause appearing therefore, Defendant's request for leave to file under seal portions of Plaintiff Carrie Hawecker's deposition offered in support of Defendant's Opposition to Plaintiffs Motion for Class Certification, is granted. The document may be filed.

**IT IS SO ORDERED.**

Dated: November 15, 2010          /s/ OLIVER W. WANGER
                                                       United States District Judge

**ORDER AUTHORIZING FILING DOCUMENT UNDER SEAL**

Page 1

PDF created with pdfFactory trial version www.pdffactory.com