BRANCART & BRANCART
  Christopher Brancart (SBN 128475)
  cbranart@brancart.com
  Elizabeth Brancart (SBN 122092)
  ebrancart@brancart.com
Post Office Box 686
Pescadero, CA 94060
Tel:   (650) 879-0141
Fax:   (650) 879-1103

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>RAWLAND LEON SORENSEN,<br><br>Defendant. | Case No. 1:10-cv-00085 OWW JLT<br><br>**ORDER MODIFYING DEADLINE FOR FILING NON-DISPOSITIVE MOTIONS** |

Based on the joint application and stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the non-dispositive motions filing deadline is continued to January 8, 2011, and the hearing upon those motions, if any, is continued to February 28, 2011.

IT IS SO ORDERED.

**Dated:   December 6, 2010**          /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE