# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>RAWLAND LEON SORENSEN,<br><br>Defendant. | Case No. 1:10-cv-00085 OWW JLT<br><br>ORDER MODIFYING EXPERT DISCLOSURE DEADLINE |

Based on the joint application and stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the parties shall have until February 1, 2011, within which to exchange expert reports regarding defendant's financial condition.

IT IS SO ORDERED.

Dated: December 21, 2010          /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE