# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER, et al., | **Case No.: 1:10-cv-00085 OWW JLT** |
| Plaintiffs, | **ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| RAWLAND LEON SORENSEN, | (Doc. 51) |
| Defendant. | |

Plaintiffs' have requested that a portion of a Defendant's Response to Plaintiff's Special Interrogatories, Set One be sealed to preserve the confidentiality of financial information. The request is based upon Local Rule 141 and the protective order issued in this matter. Having considered Plaintiffs' request and good cause appearing, the Court **ORDERS** that Plaintiffs' request is **GRANTED**.

A complete version of the following document will be filed under seal, while a redacted version of Exhibit 3 to the Joint Statement re: Discovery Disagreement (Doc. 50) will be publicly available.

IT IS SO ORDERED.

Dated:  **January 6, 2011**               /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE