**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons,**<br><br>Plaintiffs,<br><br>vs.<br><br>**RAWLAND LEON SORENSEN,**<br><br>Defendant. | Case No. 1:10-cv-00085 OWW JLT<br><br>**ORDER MODIFYING DEADLINE TO FILE MOTIONS TO AMEND** |

Based on the joint application and stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadline to file a motion to amend the pleading shall be continued from January 7, 2011 to February 4, 2011.

<u>IT IS SO ORDERED.</u>

**Dated:    January 7, 2011**          <u>    /s/ Oliver W. Wanger    </u>
                                                                 <u>UNITED STATES DISTRICT JUDGE</u>