IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RAWLAND LEON SORENSON,<br><br>　　　　　Defendant.<br>_____ | Case No.: 1:10-cv-00085 OWW JLT<br><br>AMENDMENT TO ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL DISCOVERY<br><br>(Doc. 57) |

On January 11, 2010, the Court heard argument related to Plaintiff's motion to compel further production of documents and further responses to interrogatories. At that time, the Court ordered Defendant to produce the further responses to the discovery within 10 days of the hearing date. Unfortunately, in its written order, the Court inadvertently inserted the due date as "February 21, 2011" rather than "January 21, 2011."

Here the Court corrects its written order and hereby **ORDERS** Defendant to comply with the Court's written order (Doc. 57) in full and produce the further responses and all ordered documents immediately but **no later than January 31, 2011**.

IT IS SO ORDERED.

Dated: **January 26, 2011**　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1