UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>RAWLAND LEON SORENSEN,<br><br>Defendant. | Case No. 1:10-cv-00085 OWW JLT<br><br>ORDER MODIFYING EXPERT DISCLOSURE DEADLINE |

Based on the joint application and stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the parties shall have until March 1, 2011, within which to exchange expert reports regarding defendant's financial condition.

IT IS SO ORDERED.

**Dated:   January 25, 2011**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE