# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE HAWECKER and MICHELLE BROUSSARD**, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>**RAWLAND LEON SORENSEN,**<br><br>Defendant. | Case No. 1:10-cv-00085 OWW JLT<br><br>**ORDER MODIFYING DEADLINE TO FILE MOTIONS TO AMEND** |

Based on the joint application and stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadline to file a motion to amend the pleading shall be continued from February 4, 2011 to February 28, 2011.

IT IS SO ORDERED.

Dated:   February 4, 2011            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE