# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>RAWLAND LEON SORENSEN,<br><br>Defendant. | Case No. 1:10-cv-00085 OWW JLT<br><br>ORDER SHORTENING TIME ON HEARING PLAINTIFFS' MOTION RE: (1) CONSOLIDATING RELATED CASES (2) VACATING AMENDED FINAL PRETRIAL ORDER, AND (3) SETTING CONSOLIDATED ACTION FOR SCHEDULING CONFERENCE |

Plaintiffs have filed an <u>ex parte</u> application seeking an order shortening time for the hearing on their motion to consolidate this action with the related case filed by the United States of America, *United States v. Sorensen*, Case No. 11-cv-00511-OWW-GSA.  Plaintiffs' counsel's accompanying declaration provides a satisfactory explanation for the need for the issuance of this order and for the failure of counsel to obtain a stipulation from other counsel or parties in the action.

GOOD CAUSE APPEARING THEREFOR, the hearing on plaintiffs' motion to consolidate, etc. shall be heard on shortened time pursuant to Local Rule 144(e).  The hearing shall be on <u>April 22, 2011 at 12:00p.m.</u>.  Any opposition to the motion shall be filed on or before <u>April 20, 2011 before 12:00p.m.</u>.

IT IS SO ORDERED.

Dated:   April 14, 2011            /s/ OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE