1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**RAWLAND LEON SORENSEN,**<br><br>**Defendant.** | **Case No. 1:10-cv-00085 OWW JLT**<br><br>**ORDER EXTENDING TIME TO FILE LIMINE MOTIONS** |

Plaintiffs have filed an application to extend the time for filing limine motions set forth in the amended pretrial order (Doc. 74) until after the ruling on plaintiffs' pending motion to consolidate this action with a related action filed by the United States, *United States v. Sorensen*, Case No. 11-cv-00511-OWW-GSA.

GOOD CAUSE APPEARING THEREFOR, the schedule for filing limine motions is amended as follows:

Motions in limine shall be filed by May 2, 2011, and any responses shall be filed by May 9, 2011.  The Court will conduct a hearing on motions in limine on May 12, 2011 at 12:00 p.m. in Courtroom 3.

IT IS SO ORDERED.


Dated: April 26, 2011                    /s/ OLIVER W. WANGER
                                         UNITED STATES DISTRICT JUDGE