UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons; <br><br> Plaintiffs, <br><br> vs. <br><br> RAWLAND LEON SORENSEN, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:10-cv-00085-OWW-JLT |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAWLAND LEON SORENSEN, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:11-cv-00511-OWW-JLT <br><br> ORDER: (1) CONSOLIDATING RELATED CASES, (2) VACATING AMENDED PRETRIAL ORDER, AND (3) SETTING CONSOLIDATED ACTION FOR SCHEDULING CONFERENCE |

Pursuant to the Court's orders (docs. 82, 83) granting plaintiffs' unopposed motion: (1) to consolidate *Hawecker et al. v. Sorensen*, Case No. 1:10-cv-00085-OWW-JLT, with *United States v. Sorensen*, Case No. 1:11-cv-00511-OWW-JLT; (2) to vacate the amended pretrial order in *Hawecker et al. v. Sorensen*, Case No. 1:10-cv-00085-OWW-JLT, and (3) to set the consolidated action for a scheduling conference, IT IS HEREBY ORDERED:

1.     Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned cases are consolidated for all purposes.   Case number 1:10-cv-00085-OWW-JLT shall be the lead case number;

2.     The amended pretrial conference order in *Hawecker et al. v. Sorensen*, Case No. 1:10-cv-00085-OWW-JLT (doc. 74) is vacated, and all dates contained therein are hereby vacated; and

3.     This consolidated action is set for a scheduling conference on Friday, June 3, 2011, at 8:15 a.m, by which time the Court anticipates that Mr. Sorensen will have answered the complaint in *United States v. Sorensen*, Case No. 1:11-cv-00511-OWW-JLT.   By May 27, 2011, the parties shall file a joint scheduling report addressing each of the items listed in Exhibit A appended to the Court's order setting mandatory scheduling conference.   A copy of the joint scheduling report shall be emailed to chambers by May 27, 2011.

IT IS SO ORDERED.

Dated:   **April 29, 2011**            **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE