UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons;<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>RAWLAND LEON SORENSEN,<br><br>　　　　Defendant. | Case No. 1:10-cv-00085-OWW-JLT |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAWLAND LEON SORENSEN,<br><br>　　　　Defendant. | Case No. 1:11-cv-00511-OWW-JLT<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER |

　　　The Court is in receipt of a letter from the Defendant in these consolidated actions requesting "a few weeks extension for court" (doc. 84 in Case No. 1:10-cv-00085-OWW-JLT). The Court will construe this letter as a motion for an extension of time to file an answer to the complaint in *United States v. Sorensen*, Case No. 1:11-cv-00511-OWW-JLT.  The motion is GRANTED.  The Defendant's answer is now due May 23, 2011.

///

///

1

IT IS SO ORDERED.

Dated:   **April 29, 2011**          **/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE