UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons;<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>RAWLAND LEON SORENSEN,<br><br>　　　　Defendant. | Case No. 1:10-cv-00085-JLT<br><br>ORDER AMENDING SCHEDULING ORDER<br><br>(Doc. 99) |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAWLAND LEON SORENSEN,<br><br>　　　　Defendant. | |

Upon consideration of the parties' Joint Motion to Amend Scheduling Conference Order, and for good cause shown, the Scheduling Conference Order is this matter (doc. #95) is hereby amended as follows:

Expert witnesses shall be disclosed by **November 30, 2011.**

Rebuttal expert disclosure shall be made by **January 30, 2012.**

IT IS SO ORDERED.

Dated:   **September 20, 2011**              **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE