IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RAWLAND LEON SORENSON,<br><br>　　　　　Defendant.<br>_____<br>UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROWLAND LEON SORENSON,<br><br>　　　　　Defendant.<br>_____ | Case No.: 1:10-cv-00085 OWW JLT<br><br>ORDER GRANTING APPLICATION TO SHORTEN TIME RE: MOTION TO AMEND SCHEDULING ORDER<br><br>(Doc. 109) |

　　　On March 2, 2012, the individual Plaintiffs filed a motion to amend the scheduling order to allow 30 additional days to conduct discovery related to Defendant's financial condition. (Doc. 107) The hearing on this motion is set, currently, on April 2, 2012. The government has no objection to the amendment but, given Defendant's attorney has recently filed a motion to withdraw as counsel of record, he was unable to agree to the amendment. (Doc. 109 at 3) The individual Plaintiffs also sought an order shortening the time to hear their motion. (Doc. 109)

1

1 | Because refusing to hear the motion on shortened time would, in essence, constitute a denial of the motion, the Court **GRANTS** the order shortening time as follows:

1. Any opposition to the motion SHALL be filed no later than March 8, 2012.
2. No reply brief SHALL be filed;
3. The hearing SHALL occur at 8:30 a.m. on March 12, 2012, at the United States Bankruptcy Courtroom at 1300 18th Street, Bakersfield, California, before Hon. Jennifer L. Thurston;
4. The hearing SHALL be telephonic through CourtCall.

IT IS SO ORDERED.

Dated:   **March 5, 2012**                                              /s/ Jennifer L. Thurston
                                                                                        UNITED STATES MAGISTRATE JUDGE

2