UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER, et al., | Case No.: 1:10-cv-0085-AWI-JLT |
| Plaintiffs, | ORDER APPOINTING COUNSEL |
| vs. | |
| RAWLAND LEON SORENSON, | |
| Defendant. | |
| _____ / | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | |
| RAWLAND LEON SORENSON, | |
| Defendant. | |
| _____ / | |

Defendant Rawland Leon Sorenson is proceeding pro se in this action after the Court granted his former attorneys' motion to withdraw. (Doc. 123) At a hearing held on May 25, 2012, Mr. Sorenson appeared and represented himself. At that hearing, Mr. Sorenson explained that he had been unable to obtain agreement by any local attorney to represent him given that he was

1

being sued by the United States of America.  Moreover, Mr. Sorenson explained that he was "broke" which the Court took to mean that he had minimal liquid assets.  Indeed, in attempting to obtain Mr. Sorenson's comments on the matters before the Court, it became clear that he was unable to explain his position in a linear and coherent fashion and the Court has little doubt that he would be unable to present even a rudimentary defense of the case at trial.

Based upon these factors and the burden on the Court posed by a litigant who is unable to meaningfully participate in trial preparation and trial, the Court finds that appointment of counsel for Defendant is warranted.  David C. Kiernan is hereby appointed and he has accepted the appointment.  Should Mr. Sorenson wish to reject this appointment, he may do so by alerting the Court of this fact in writing, within 21 days of service of this order.

Based upon the foregoing, IT IS HEREBY ORDERED that:

1. David C. Kiernan is appointed as counsel in the above entitled matter;

2. David C. Kiernan shall contact the Court's ADR Coordinator, Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment;

3. The Clerk of the Court is directed to serve a copy of this order upon David C. Kiernan, Jones Day, 555 California Street, 26th Floor, San Francisco, California 94104;

4. Mr. Sorenson may reject this appointment by providing written notification to the Court of his rejection, within 21 days of service of this order.

IT IS SO ORDERED.

Dated:   **May 25, 2012**                              /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE