UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

CARRIE HAWECKER and MICHELLE          )
BROUSSARD, individually and on behalf of a )
class of similarly situated persons;          )
                                              )
                Plaintiffs,                   )     Case No. 1:10-cv-00085-AWI-JLT
                                              )
        vs.                                   )
                                              )
RAWLAND LEON SORENSEN,                        )
                                              )
                Defendant.                    )
_____)

UNITED STATES OF AMERICA,                     )
                                              )
                Plaintiff,                    )     Case No. 1:11-cv-00511-AWI-JLT
                                              )
        vs.                                   )     [PROPOSED] ORDER GRANTING
                                              )     UNITED STATES' UNOPPOSED
RAWLAND LEON SORENSEN,                        )     MOTION TO STRIKE FILING
                                              )
                Defendant.                    )     (Doc. No. 157)
_____)

        In light of the unopposed nature of the motion, the United States's motion to strike (Doc.

No. 157) is GRANTED, Exhibit 1 to Doc. No. 155 is STRICKEN and REPLACED with the

document filed as Exhibit 1 to Doc. No. 157.

IT IS SO ORDERED.

Dated:   July 6, 2012          _____
                                CHIEF UNITED STATES DISTRICT JUDGE

1