STEVEN H. ROSENBAUM, Chief
R. TAMAR HAGLER (SBN 189441), Deputy Chief
COLLEEN M. MELODY, Trial Attorney
PAMELA O. BARRON, Trial Attorney
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530
(202) 305-0616
BENJAMIN B. WAGNER, United States Attorney
ALYSON A. BERG, Assistant United States Attorney
United States Attorney's Office, Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Defendant UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated person;<br><br>        Plaintiffs,<br><br>v.<br><br>RAWLAND LEON SORENSEN,<br><br>        Defendant | )<br>)<br>)<br>)<br>)  Case No. 1:10-cv-00085-JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RAWLAND  LEON SORENSEN,<br><br>        Defendant. | )<br>)  CASE NO. 1:11-CV-00511-JLT<br>)<br>)  STIPULATION REGARDING PRE-<br>)  TRIAL MATTERS; [PROPOSED]<br>)  ORDER<br>)<br>)  Hearing:       August 29, 2012<br>)  Time:           10:00 a.m.<br>)  Courtroom:  510 19th Street<br>) |

    Plaintiffs, Carrie Hawecker and Michelle Broussard, individually and on behalf of a similarly situated person, (Private Plaintiffs), Plaintiff United States of America, and Defendant Rawland Leon Sorensen, stipulate to the following pre-trial matters in this action as specifically set forth below.

---

STIPULATION REGARDING PRE-TRIAL MATTERS; ORDER                                                    1

Whereas the parties have met and conferred in preparation for the trial in this action to commence on October 1, 2012, the parties agree to the following pre-trial and trial matters:

1.      **Pretrial motions:**  All pre-trial motions, including motions in limine, *Daubert* motions and motions under Federal Rule of Evidence 412 shall be filed on August 17, 2012; oppositions, if any, shall be filed on August 24, 2012; and replies, if any, shall be filed on August 31, 2012.  The hearing regarding the motions will occur on September 7, 2012 at 10:00 a.m. before the Honorable Judge Thurston.

2.      **Voir Dire:** The parties agree that the United States shall have 20 minutes for *voir dire*, the Private Plaintiffs shall have 20 minutes for *voir dire*, and the Defendant shall have 20 minutes for *voir dire*.

For the reasons set forth herein, the parties therefore stipulate and agree as specified above. The parties request the court endorse this stipulation by way of formal order.


                                        Respectfully submitted,

Dated: July 30, 2012


BENJAMIN B. WAGNER                STEVEN H. ROSENBAUM
United States Attorney            Chief
Eastern District of California

ALYSON A. BERG                    /s/Colleen M. Melody
Assistant United States Attorney  R. TAMAR HAGLER
2500 Tulare Street, Suite 4401    SBN 189441
Fresno, California  93721         Deputy Chief
Phone:  (559) 497-4000            COLLEEN M. MELODY
Fax:  (559) 497-4099             PAMELA O. BARRON
E-mail:  Alyson.Berg@usdoj.gov    Trial Attorneys
                                  Housing and Civil Enforcement Section
                                  Civil Rights Division
                                  United States Department of Justice
                                  950 Pennsylvania Avenue NW
                                  Northwest Building, 7th Floor
                                  Washington, DC  20530
                                  Phone:  (202) 305-0616
                                  Fax:  (202) 514-1116
                                  E-mail:  Collen.Melody@usdoj.gov

BRANCART & BRANCART

By:      /s/ Christopher Brancart (as authorized)
Christopher Brancart
Attorneys for Plaintiffs Carrie Hawecker and
Michelle Broussard

LAW OFFICES OF M. GREG MULLANAX

By:      /s/ Greg Mullanax (as authorized)
Milton Greg Mullanax
Attorneys for Defendant
Rawland Leon Sorensen

## ORDER

Based upon the stipulation of the parties, the Court **GRANTS** the stipulation as follows:

1.      All pre-trial motions, including motions in limine, *Daubert* motions and motions under Federal Rule of Evidence 412 shall be filed on August 17, 2012;

2.      Oppositions to pretrial motions, if any, shall be filed on August 24, 2012 and replies, if any, shall be filed on August 31, 2012;

3.      The hearing regarding pretrial motions will be held on September 7, 2012 at 10:00 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA.  Counsel may appear by CourtCall;

4.       The United States shall have 20 minutes for *voir dire*, the private Plaintiffs shall have 20 minutes for *voir dire*, and the Defendant shall have 20 minutes for *voir dire*.  Counsel are permitted to ask follow-up questions, to ask questions on topics on which there has been no inquiry and to clarify responses previously given.  They SHALL NOT argue, repeat questions already asked or improperly attempt to "condition" the jury.  If they stray into improper tactics or waste time, counsel will be stopped regardless of whether they have fully exhausted their allotted time.

IT IS SO ORDERED.

Dated:   **July 31, 2012**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING PRE-TRIAL MATTERS; ORDER                                    4