IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Carrie Hawecker, et al

　　　　　　Plaintiff(s)

vs.

Rawland Leon Sorensen

　　　　　　Defendants.

No. 1:10-cv-0085-AWI-JLT

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, M. Greg Mullanax, attorney for ~~plaintiff(s)~~ DEFENDANT, declare as follows:

I was appointed to represent ~~plaintiff~~ DEFENDANT(s) in this action on June 4, 2012, by the Honorable Jennifer L. Thurston, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Driving to Bakersfield to meet with defendant, Rawland Leon Sorensen, to discuss issues related to the Settlement Conference/Mediation on July 18, 2012.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 130.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:10-cv-0085-AWI-JLT

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17th day of July, 20 12, at Fresno, California.

_____
Attorney for ~~Plaintiff(s)~~ DEFENDANT

The above expenditure is ✓ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: _____

_____
Jennifer L. Thurston
United States District Judge/Magistrate