STEVEN H. ROSENBAUM, Chief
R. TAMAR HAGLER (SBN 189441), Deputy Chief
COLLEEN M. MELODY, Trial Attorney
PAMELA O. BARRON, Trial Attorney
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530
(202) 305-0616
BENJAMIN B. WAGNER, United States Attorney
ALYSON A. BERG, Assistant United States Attorney
United States Attorney's Office, Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA  93721
(559) 497-4000
Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons; | |
| Plaintiffs, | Case No. 1:10-cv-00085-JLT |
| vs. | |
| RAWLAND LEON SORENSEN, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 1:11-cv-00511-JLT |
| vs. | STIPULATION REGARDING PRETRIAL MOTION DATES; [PROPOSED] ORDER |
| RAWLAND LEON SORENSEN, | |
| Defendant. | |

## STIPULATION REGARDING PRETRIAL MOTION DATES

Plaintiffs Carrie Hawecker and Michelle Broussard (Private Plaintiffs), Plaintiff United States of America, and Defendant Rawland Leon Sorensen continue to work towards finalizing a consent decree to resolve these consolidated cases. The Defendant has represented that he is still working to complete his financial disclosure statement, a prerequisite to finalizing a consent decree, and will submit it to the plaintiffs as soon as possible. The parties hope to enter into a final settlement by September 6, 2012.

In light of the anticipated settlement, the parties stipulate to the following changes in the briefing schedule for pretrial motions, including motions in limine:

1. Pretrial motions shall be filed by September 7, 2012.
2. Oppositions, if any, shall be filed by September 14, 2012.
3. The pretrial conference shall be held on September 24, 2012, at 11:00 a.m.

Pretrial motions shall be heard at the pretrial conference.

The parties request that the briefing schedule be modified in accordance with the parties' stipulation above.

Dated: August 30, 2012                            Respectfully submitted,

BENJAMIN B. WAGNER                                STEVEN H. ROSENBAUM
United States Attorney                            Chief
Eastern District of California

ALYSON A. BERG                                    /s/Colleen M. Melody
Assistant United States Attorney                  R. TAMAR HAGLER
2500 Tulare Street, Suite 4401                    SBN 189441
Fresno, California 93721                          Deputy Chief
Phone: (559) 497-4000                             COLLEEN M. MELODY
Fax: (559) 497-4099                               PAMELA O. BARRON
E-mail: Alyson.Berg@usdoj.gov                     Trial Attorneys

2          Stipulation Regarding Pretrial Motion
                   Dates and Proposed Order

Housing and Civil Enforcement Section  
Civil Rights Division  
United States Department of Justice  
950 Pennsylvania Avenue NW  
Northwest Building, 7th Floor  
Washington, DC  20530  
Phone:  (202) 305-0616  
Fax:  (202) 514-1116  
E-mail:  Collen.Melody@usdoj.gov

BRANCART & BRANCART

By:   /s/ Christopher Brancart (as authorized)  
Christopher Brancart  
Attorneys for Plaintiffs Carrie Hawecker  
and Michelle Broussard

LAW OFFICES OF M. GREG MULLANAX

By:   /s/ Greg Mullanax (as authorized)  
M. Greg Mullanax  
Attorney for Defendant Rawland Leon Sorensen

**ORDER**

1. Pretrial motions shall be filed by September 7, 2012.

2. Oppositions, if any, shall be filed by September 14, 2012.

3. The pretrial conference shall be held on September 24, 2012, at 11:00 a.m. at which time, the Court will determine the motions in limine. The parties SHALL meet and confer to attempt to resolve the motions in limine in advance of the hearing.

IT IS SO ORDERED.

Dated:   **August 30, 2012**                              /s/ Jennifer L. Thurston  
                                                          UNITED STATES MAGISTRATE JUDGE