# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARRIE HAWECKER, et al., | ) | Case No.: 1:10-cv-00085 JLT |
| Plaintiffs, | ) ) | ORDER CONTINUING TRIAL DATES |
| v. | ) ) | |
| RAWLAND LEON SORENSON, | ) ) | |
| Defendant. | ) ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RAWLAND LEON SORENSON, | ) ) | |
| Defendant. | ) ) | |

On September 6, 2012, the Court held a telephonic conference regarding the impending settlement of this case. Counsel reported that they anticipate completion of the settlement agreement very soon. However, because the deadline for summoning a jury is quickly approaching, the Court **ORDERS**:

    1.    The trial is continued to October 9, 2012 at 9:00 a.m.;

2. The pretrial conference is continued to October 1, 2012 at 11:00 a.m. At the hearing, the Court will hear argument related to pretrial motions/motions in limine;

3. Any pretrial motions, including motions in limine, SHALL be filed no later than September 14, 2012;

4. Oppositions to motions, if any, SHALL be filed by September 21, 2012;

5. No reply briefs SHALL be filed.

IT IS SO ORDERED.

Dated: **September 6, 2012**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE