UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons; ) ) ) ) | Case No. 1:10-cv-00085-JLT (consolidated with Case No. 1:11-cv-00511-JLT) |
| Plaintiffs, ) | FINAL JUDGMENT |
| vs. ) ) | |
| RAWLAND LEON SORENSEN, ) ) | |
| Defendant. ) _____ ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | |
| RAWLAND LEON SORENSEN, ) ) | |
| Defendant. ) _____ ) | |

**<u>FINAL JUDGMENT</u>**

Pursuant to Federal Rules of Civil Procedure 54 and 58, and the parties' Consent Decree resolving this controversy and consenting to the entry of Judgment, it is hereby

ORDERED AND ADJUDGED:

FINAL JUDGMENT

1. Judgment is entered against Defendant Rawland Leon Sorensen in the amount of $2,130,000.00;

2. Injunctive relief is ordered under the terms specified in the parties' Consent Decree (Doc. 183), entered September 13, 2012.  The Consent Decree (Doc. 183) is incorporated herein by reference as if set forth in full;

3. The United States and the Defendant shall bear their own costs and attorneys' fees; and

4. The Court shall maintain jurisdiction to enforce the terms of this Judgment and the parties' Consent Decree.

IT IS SO ORDERED.

Dated:    **September 13, 2012**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

2          FINAL JUDGMENT