STEVEN H. ROSENBAUM, Chief
R. TAMAR HAGLER (SBN 189441), Deputy Chief
COLLEEN M. MELODY, Trial Attorney
PAMELA O. BARRON, Trial Attorney
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530
(202) 305-0616
BENJAMIN B. WAGNER, United States Attorney
ALYSON A. BERG, Assistant United States Attorney
United States Attorney's Office, Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA  93721
(559) 497-4000
Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons; | ) ) ) ) | |
| Plaintiffs, | ) | Case No. 1:10-cv-00085-JLT |
| vs. | ) ) | |
| RAWLAND LEON SORENSEN, | ) ) | |
| Defendant. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | Case No. 1:11-cv-00511-JLT |
| vs. | ) ) | FIRST DISBURSEMENT NOTICE |
| RAWLAND LEON SORENSEN, | ) ) | |
| Defendant. | ) ) | |

1          FIRST DISBURSEMENT NOTICE

# FIRST DISBURSEMENT NOTICE

Pursuant to paragraph 41 of the Consent Decree entered by the Court in the above-captioned actions (ECF No. 183), the United States submits this First Disbursement Notice specifying amounts distributed to individuals and entities by checks dated November 28, 2012, as follows:

| | |
|---|---|
| Marquesha Benford | $5,000 |
| Diana Bermudez | $23,000 |
| Melissa Brown | $17,250 |
| Capricia Cobb | $5,000 |
| Khalifia Cox | $5,000 |
| Joann Darden (Martinez) | $17,250 |
| Sheila Davis | $23,000 |
| Patrice Denweed | $5,000 |
| Andrea Garcia | $17,250 |
| Shannon Guevara | $17,250 |
| Kenya Hanks (Webber) | $23,000 |
| La Quice Holmes | $23,000 |
| Melissa Johnston | $5,000 |
| Dominique Jones | $2,000 |
| Tina Jones | $23,000 |
| Carlishia Laney | $7,000 |
| Lynnette Mays | $5,000 |
| Jeri Miller | $23,000 |
| Shelle Miller | $23,000 |
| Tashawn Sharp | $5,000 |

| | |
|---|---|
| Karen Sorensen | $30,000 |
| Denise Williamson | $30,000 |
| Carrie Hawecker, Michelle Broussard, and Brancart & Brancart | $209,000 |

Dated: December 6, 2012                                  Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney<br>Eastern District of California<br><br>ALYSON A. BERG<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA  93721<br>Phone: (559) 497-4000<br>Fax: (559) 497-4099<br>E-Mail: Alyson.Berg@usdoj.gov | STEVEN H. ROSENBAUM<br>Chief<br><br> /s/ Colleen M. Melody_____<br>R. TAMAR HAGLER<br>SBN 189441<br>Deputy Chief<br>COLLEEN M. MELODY<br>PAMELA O. BARRON<br>Trial Attorneys<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>United States Department of Justice<br>950 Pennsylvania Avenue NW<br>Northwest Building, 7th Floor<br>Washington, DC  20530<br>Phone: (202) 305-0616<br>Fax: (202) 514-1116<br>E-mail: Colleen.Melody@usdoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2012, I served the foregoing document entitled **First Disbursement Notice** via CM/ECF on the following:

CHRISTOPHER BRANCART
Brancart & Brancart
P.O. Box a686
Pescadero, CA 94060
Counsel for the Private Plaintiffs
cbrancart@brancart.com

I further certify that on December 6, 2012, I served the foregoing document entitled **First Disbursement Notice** via First Class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) on the following:

RAWLAND LEON SORENSEN
2512 Newport Lane
Bakersfield, CA  93309

_____
Attorney for Plaintiff United States