STEVEN H. ROSENBAUM, Chief
R. TAMAR HAGLER (SBN 189441), Deputy Chief
COLLEEN M. MELODY, Trial Attorney
PAMELA O. BARRON, Trial Attorney
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530
(202) 305-0616
BENJAMIN B. WAGNER, United States Attorney
ALYSON A. BERG, Assistant United States Attorney
United States Attorney's Office, Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA  93721
(559) 497-4000
Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CARRIE HAWECKER and MICHELLE BROUSSARD, individually and on behalf of a class of similarly situated persons;<br><br>　　　　Plaintiffs,<br>　vs.<br><br>RAWLAND LEON SORENSEN,<br><br>　　　　Defendant. | Case No. 1:10-cv-00085-JLT |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　vs.<br><br>RAWLAND LEON SORENSEN,<br><br>　　　　Defendant. | Case No. 1:11-cv-00511-JLT<br><br>SECOND DISBURSEMENT NOTICE |

1    SECOND DISBURSEMENT NOTICE

## **SECOND DISBURSEMENT NOTICE**

Pursuant to paragraph 41 of the Consent Decree entered by the Court in the above-captioned actions (ECF No. 183), the United States submits this Second Disbursement Notice specifying amounts distributed to individuals and entities by checks dated July 3, 2013, and July 8, 2013, as follows:

| | |
|---|---|
| Andrea Aguilar (Garcia) | $8,525 |
| Marquesha Benford | $2,476 |
| Diana Bermudez | $11,355 |
| Melissa Brown | $8,525 |
| Ruby Childs | $3,454 |
| Capricia Cobb | $2,476 |
| Khalifia Cox | $2,476 |
| Sheila Davis | $11,355 |
| Patrice Denweed | $2,476 |
| Shannon Guevara | $8,525 |
| Kenya Hanks (Webber) | $11,355 |
| La Quice Holmes | $11,355 |
| Melissa Johnston | $2,476 |
| Dominique Jones | $995 |
| Tina Jones | $11,355 |
| Carlishia Laney | $3,454 |
| Joann Martinez (Darden) | $8,525 |
| Lynnette Mays | $2,476 |
| Jeri Miller | $11,355 |
| Shelle Miller | $11,355 |

| | |
|---|---|
| Tashawn Sharp | $2,476 |
| Karen Sorensen | $14,825 |
| Denise Williamson | $14,825 |
| Carrie Hawecker, Michelle Broussard, and Brancart & Brancart | $111,530 |
| United States Treasury | $13,500 |

Dated: July 16, 2013                                    Respectfully submitted,

BENJAMIN B. WAGNER                              STEVEN H. ROSENBAUM
United States Attorney                                   Chief
Eastern District of California

ALYSON A. BERG                                         /s/ Colleen M. Melody_____
Assistant United States Attorney                   R. TAMAR HAGLER
2500 Tulare Street, Suite 4401                      SBN 189441
Fresno, CA  93721                                         Deputy Chief
Phone: (559) 497-4000                                  COLLEEN M. MELODY
Fax: (559) 497-4099                                      PAMELA O. BARRON
E-Mail: Alyson.Berg@usdoj.gov                 Trial Attorneys
                                                                        Housing and Civil Enforcement Section
                                                                        Civil Rights Division
                                                                        United States Department of Justice
                                                                        950 Pennsylvania Avenue NW
                                                                        Northwest Building, 7th Floor
                                                                        Washington, DC  20530
                                                                        Phone: (202) 305-0616
                                                                        Fax: (202) 514-1116
                                                                        E-mail: Colleen.Melody@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2013, I served the foregoing document entitled **Second Disbursement Notice** via CM/ECF on the following:

CHRISTOPHER BRANCART
Brancart & Brancart
P.O. Box a686
Pescadero, CA 94060
Counsel for the Private Plaintiffs
cbrancart@brancart.com

I further certify that on July 16, 2013, I served the foregoing document entitled **Second Disbursement Notice** via First Class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) on the following:

RAWLAND LEON SORENSEN
2512 Newport Lane
Bakersfield, CA  93309

_____
Attorney for Plaintiff United States

4    SECOND DISBURSEMENT NOTICE