UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER, et al., ) | Case No.: 1:10-cv-00085 - JLT |
| Plaintiffs, ) | |
| v. ) | ORDER GRANTING THE GOVERNMENT'S REQUEST TO VACATE THE CIVIL CONTEMPT HEARING |
| RAWLAND LEON SORENSON, ) | |
| Defendant. ) | (Doc. 200) |
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | |
| RAWLAND LEON SORENSON, ) | |
| Defendant. ) | |

On July 22, 2013, the Court granted the Government's request to set a hearing to consider whether Defendant was in contempt of the Court-ordered consent decree. (Doc. 198) Since that time, the Government has learned Defendant has made efforts to comply with the requirement that his rental property be managed by an independent, professional management company. (Doc. 200-1 at 2) The Government reports that, though Defendant has not had any direct communication with its counsel, it has confirmed Defendant has hired a property management company, Five Star. Id. Ms. Melody,

1

counsel for the Government, has had contact with Five Star who has agreed to take the action required of the Independent Manager, as described in the consent decree, and has submitted acknowledgments signed by Five Star's employees recognizing the obligations under the consent decree and agreeing to comply. Id. Moreover, Five Star has scheduled fair housing training for its employees according to the terms of the consent decree. Id. at 3. Based upon this progress, the Government requests the civil contempt hearing, currently set on September 30, 2013, be vacated.

Based upon the foregoing, the Court **ORDERS**:

1. The hearing re: civil contempt, currently set on September 30, 2013, is **VACATED**;

2. No later than November 8, 2013, the Government SHALL file a status report and Defendant may file a status report, related to the Defendant's compliance with the consent decree.

IT IS SO ORDERED.

Dated:   **September 24, 2013**                    **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE