UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE HAWECKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RAWLAND LEON SORENSON, <br><br> Defendant. <br><br> UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAWLAND LEON SORENSON, <br><br> Defendant. | Case No.: 1:10-cv-00085 - JLT <br><br> ORDER RE THE GOVERNMENT'S STATUS REPORT <br><br> (Doc. 203) |

On September 24, 2013, the Court granted the Government's request to vacate a hearing on a contempt citation which challenged Defendant's compliance with the consent decree. (Doc. 201) Currently, the government reports that there appears to be good effort at compliance, at least by the retained, Independent Manager, as described in the consent decree. (Doc. 203 at 3) Thus, the government requests the contempt action to be stayed until December 20, 2013. Id. However, as noted

1

1 above, that contempt hearing was not stayed, it was vacated.  Thus, the request to stay it now cannot
2 be granted.  In the event such an action need be brought in the future, any party may do so.
3     Moreover, no further status reports are required by the Court.  The Court is assured the
4 government and Plaintiffs will monitor compliance with the consent decree and involve the Court only
5 as needed.  The Court presumes the same as to Defendant.

7 IT IS SO ORDERED.

8   Dated:   **December 6, 2013**              **/s/ Jennifer L. Thurston**
9                                               UNITED STATES MAGISTRATE JUDGE